NUMBERS 13-04-511-CR
                                                13-04-512-CR
                                                13-04-513-CR
                                                13-04-514-CR
 13-04-515-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

ROBERT LONGORIA,                                                         Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 214th District Court
of Nueces County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam


         Appellant, ROBERT LONGORIA, attempts to appeal convictions for aggravated
robbery, burglary of a building, and burglary of a habitation. The trial court has
certified that each “is a plea-bargain case, and the defendant has NO right of appeal.” 
See Tex. R. App. P. 25.2(a)(2).
         On October 4, 2004, this Court notified appellant’s counsel of the trial court’s
certifications and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certifications.
         On November 4, 2004, counsel filed a letter brief with this Court. Counsel’s
response does not establish (1) that the certifications currently on file with this Court
are incorrect or (2) that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, these appeals are dismissed. Any pending motions are denied as moot.

                                                                                          PER CURIAM

Do not publish. 
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed 
this the 9th day of December, 2004.